

**MARIN GOODMAN, LLP**
500 MAMARONECK AVENUE
SUITE 102
HARRISON, NEW YORK 10528
TEL (212) 661-1151
FAX (212) 661-1141

Pre-Motion Conf. scheduled for March 13, 2020 adjourned until June 19, 2020 at 11:00am. Clerk of the Court requested to terminate the motion (doc. 132).

Dated: March 10, 2020

ALEXANDER J. DRAGO
OF COUNSEL
ADRAGO@MARINGOODMAN.COM

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

March 9, 2020

*Via ECF*
Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarrapos Street
White Plains, NY 10601-4150

    Re:    Michael Holness, et al. v. LG Chem LTD, et al.
           Civil Action No.:    7:17-cv-07726

Dear Judge Román:

    Please be advised I represent plaintiffs in the above matter. I write in reply to your recent order converting the previous status conference to a pre-motion conference on March 13, 2020.

    The purpose of this letter is to respectfully request an adjournment of the pre-motion conference. On January 16, 2020 Magistrate Paul E. Davison issued a civil case discovery plan and scheduling order which had all discovery being completed by June 19, 2020.

    In addition, Magistrate Davison presently has a status conference scheduled in this matter for March 30, 2020.

    It is my understanding on March 30 the parties will be advising Magistrate Davison about the status of discovery, items outstanding, etc. Therefore, I respectfully request that the pre-motion conference be scheduled on a date subsequent to the March 30th conference with Magistrate Davison.

    I await your direction and guidance.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020



March 9, 2020
Page 2 of 2

Respectfully Submitted,

Alexander J. Drago

cc: Michael Rothenberg, Esq.   (All via ECF & Fax)
Lewis Brisbois Bisgaard & Smith, LLP
77 Water Street, Suite 2100
New York, NY 10005
(212)-232-1300 (Office)
(212)-232-1399 (Fax)
*Michael.Rothenberg@lewisbrisbois.com*
*Attorney for Defendant*
*LG CHEM, LTD.*

George A. Smith, Esq.
Murphy & Lambiase
26 Scotchtown Avenue
Goshen, NY 10924
(845)-291-7100 (Office)
(845)-291-7171 (Fax)
*GeorgeSmith@mllawonline.com*
*Attorney for Third-Party Defendant*
*GIGGLESWORLD CORPORATION*

James S. Wolford, Esq.
Gallo & Iacovangelo, LLP
180 Canal View Blvd., Suite 100
Rochester, NY 14623
(585) 454-7145
*JamesWolford@GalloLaw.com*
*Attorneys for Defendant/Third-Party Defendant*
*EC SUPPLY, INC.*