

**MEMO ENDORSED**

LEWIS BRISBOIS BISGAARD & SMITH LLP

Troy P. Cunningham
77 Water Street, Suite 2100
New York, New York 10005
Troy.Cunningham@lewisbrisbois.com
Direct: 646.783.0904

October 29, 2020

File No. 29133.265

**VIA ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street,
White Plains, NY 10601-4150

Re:   *Holness v. LG Chem Ltd.*, No. 7:17-cv-07726-NSR-PED

Dear Judge Román:

This office represents Defendant LG Chem, Ltd. ("LG Chem") in the above-referenced action. We write to inform the Court that LG Chem has resolved and voluntarily dismissed all third-party claims, cross-claims counterclaims asserted by and between LG Chem, Gigglesworld, and ECSupply in this action. As the Court is aware, LG Chem has a pending motion for summary judgment based on lack of personal jurisdiction that is now withdrawn as moot. Upon information and belief, Plaintiffs' claims against the other parties to this action remain and will continue.

We appreciate Your Honor's time and consideration with regard to this matter.

Respectfully,

/s/ Troy P. Cunningham

Troy P. Cunningham for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:   All Counsel of Record (via ECF)

Deft. LG Chem's motion for summary judgment is deemed withdrawn as moot. Clerk of Court requested to terminate the motion (doc. 166).
Dated: Oct. 29, 2020    SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2020

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA

4833-5267-6560.1