**MEMO ENDORSED**



**MARIN GOODMAN, LLP**
500 MAMARONECK AVENUE
SUITE 102
HARRISON, NEW YORK 10528
TEL (212) 661-1151
FAX (212) 661-1141

ALEXANDER J. DRAGO
*OF COUNSEL*
adrago@maringoodman.com

Deember 6, 2021

<u>Via ECF</u>
Honorable Nelson S. Román
United States District Judge
United States Courthouse
300 Quarrapos Street
White Plains, NY 10601-4150

     Re: Michael Holness, et al. v. LG Chem LTD, et al.
        Civil Action No.: 7:17-cv-07726

Dear Judge Román:

 I represent plaintiffs in the above matter. I write to respectfully request an adjournment of the telephone conference presently scheduled for December 8, 2021. I have a personal family matter that I must attend to that day. I have contacted all parties and there is no objection to this application.

 I await your direction and guidance.

           Respectfully Submitted,

           *s/ Alexander J. Drago*

           Alexander J. Drago

AJD/jz
cc: All counsel

Pltfs' request to adjourn the telephonic Pretrial Conf. from Dec. 8, 2021 until Dec. 16, 2021 at 10:45 am is GRANTED. Clerk of Court is requested to terminate the motion (doc. 215).
Dated: Dec. 6, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2021